## Prager *v.* Gordon, Appellant (No. 2).

OPINION BY TREXLER, J., December 15, 1921:

For the reasons set forth in opinion this day filed in No. 81, October Term, 1921, the judgment is affirmed.